**Order entered April 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01610-CV

**IN THE MATTER OF THE MARRIAGE OF OMID ROHANI AND SUMMER ROHANI**

**On Appeal from the 199th Judicial District Court
Collin County, Texas
Trial Court Cause No. 199-51617-2012**

## ORDER

We **GRANT** appellee's April 17, 2014 second agreed motion for an extension of time to file a brief. Appellee shall file his brief on or before May 27, 2014. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/    ADA BROWN
        JUSTICE